UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2531

KEVIN F. JOHNSON,
Appellant

v.

SUPERINTENDENT MAHANOY SCI;
DISTRICT ATTORNEY PHILADELPHIA

(E.D. Pa. No. 2:13-cv-03197)

Present: BIBAS, CHUNG and ROTH, Circuit Judges

1. Motion by Appellees District Attorney Philadelphia and Superintendent Mahanoy SCI to Amend Opinion dated 07/14/2025.

Respectfully,
Clerk

_____ORDER_____

The foregoing motion to amend the opinion dated July 14, 2025 is GRANTED in part. The opinion will be amended at the third and fourth sentences of the second full paragraph at page 14 to state "Johnson's case is one in a striking pattern of state-court murder convictions that have been overturned in recent years using similar alleged stratagems. Since 2018, more than 100 convictions have been overturned via post-conviction concessions from the Philadelphia DA, untested by the adversarial process." No other amendments were made. The Clerk is directed to file the amended opinion. As these changes do not affect the judgment, the judgment will remain as filed.

By the Court,

s/ Stephanos Bibas
Circuit Judge

Dated: July 30, 2025